# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

CHANGE OF PLEA IN  <u>USA v. Natravien Reshawn Landry</u>

CRIMINAL NO. <u>CR125-003</u>  AT <u>Augusta, Georgia</u>

<u>            </u> .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

NATRAVIEN RESHAWN LANDRY

DEFENDANT _____ , HAVING

PREVIOUSLY ENTERED A PLEA OF <u>NOT GUILTY</u> ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF <u>GUILTY</u>  TO <u>Counts 1 (lesser included offense) & 2</u>

IN THE INDICTMENT.

THIS <u>8th</u> DAY OF <u>June</u> , 2026.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
NATRAVIEN RESHAWN LANDRY  DEFENDANT

_____
COUNSEL FOR DEFENDANT
DAVID M. STEWART